IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE KIMEMIAH,<br>    Plaintiff,<br><br>v.<br><br>SUN VALLEY TECH SOLUTIONS, INC.,<br>    Defendant. | )<br>)  Civil Action<br>)  No.:1:13-cv-04156-ELR<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That George Kimemiah was an employee of Sun Valley Technical Solutions, Inc. and was engaged in commerce or in the production of goods for commerce/employed by an enterprise engaged in commerce or in the production of commercial goods?

Answer Yes or No __Yes__.

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

If your answer is "Yes," go to the next question.

2. That Sun Valley Technical Solutions, Inc. failed to pay George Kimemiah overtime pay required by law?

Answer Yes or No __No__.

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page.

1

3. That George Kimemiah was exempt from the Fair Labor Standards Act as a computer professional employee?

Answer Yes or No _____.

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

If your answer is "No," go to the next question.

4. That Sun Valley Technical Solutions, Inc. showed reckless disregard for whether the FLSA prohibited its conduct?

Answer Yes or No _____.

5. That George Kimemiah should be awarded damages?

Answer Yes or No _____.

If your answer is "Yes," in what amount? $_____.

So Say We All.

_[signature]_ Foreperson's Signature

Date: 6/24/16 .