# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGE KIMEMIAH,** | |
| Plaintiff, | |
| v. | **CIVIL ACTION FILE** |
| **SUN VALLEY TECH SOLUTIONS, INC.,** | **NO. 1:13-CV-04156-ELR** |
| Defendant. | |

## JUDGMENT

This action came before the Honorable Eleanor L. Ross, United States District Judge, for jury trial on Tuesday, June 21, 2016. On Friday, June 24, 2016, a jury returned a verdict in favor of Defendant, Sun Valley Tech Solutions, Inc. The issues have been tried and the jury has rendered its verdict.

It is **ORDERED AND ADJUDGED** that plaintiff, George Kimemiah, take nothing and that the action be dismissed on the merits, and that the defendant, Sun Valley Tech Solutions, Inc., recover from the plaintiff, Georgia Kimemiah, costs of this action.

**IT IS SO ORDERED** this 27th day of June, 2016.

_____
Eleanor L. Ross
United States District Judge

Prepared, Filed, and Entered
In the Clerk's Office
June 27, 2016
James N. Hatten
Clerk of Court

By: _____
Deputy Clerk